**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 24-3724-GW-AGRx | Date | September 10, 2024 |
|---|---|---|---|
| Title | *Monica Vega, et al. v. Nissan North America, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - ORDER DISMISSING ACTION WITHOUT PREJUDICE**

In light of the Joint Notice of Settlement (Docket No. 39), and the Parties request to dismiss this action based on settlement, the Court orders this matter administratively closed without prejudice. The Court retains jurisdiction to reopen the case at the written request of any party to enforce the terms of the settlement agreement. The order to show cause hearing set for September 16, 2024 is taken off-calendar.

                                                                                    :

Initials of Preparer     JG