# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA VEGA, an individual, and LUS VEGA, an individual,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants, | Case No.: **CV 24-3724-GW-AGRx**<br><br>*Assigned District Judge: Hon. George H. Wu*<br>*Assigned Magistrate Judge: Alicia G. Rosenberg*<br><br>**ORDER OF DISMISSAL** |

1  Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: October 10, 2025    By: _____
HON. GEORGE H. WU,
United States District Judge